# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

*Delta*

**CHARLES WILLIAM FAASSEN**
1300 S. Blvd., Suite D, B5, Charlotte, NC 28203

v. CASE NUMBER: 2:23-cv-225-KGB

**JUSTIN CARTER LARRY**
1216 2nd Street Earle, Ar 72331

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 4 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

## WIRE FRAUD COMPLAINT

Comes now, the plaintiff Charles Faassen ("Plaintiff"), mailing address: 1300 S. Blvd., Suite D, B5, Charlotte, NC 28203, by and through their attorney, Garrett, PLLC, for their Complaint against defendant name and address; Justin Carter Larry, alleged address per the Arkansas secretary of state: 1216 2nd Street Earle, Ar 72331 and state as follows:

### The Parties

1. Charles Faassen is an individual and is a resident of North Carolina.
2. Justin Carter Larry is an individual and claims that he is a resident of Earle, Arkansas, but the plaintiff has confirmed that he resides in Marion, Arkansas.

### Jurisdiction

3. This Court has jurisdiction over this matter pursuant to diversity jurisdiction in that the parties are residents of different states and the amount in controversy exceeds seventy-five thousand dollars $75,000, pursuant to title 28, Section 1332 of the United States Code (28 U.S.C. § 1332(a)).

This case assigned to District Judge *Baker*
and to Magistrate Judge *Harris*

**Venue**

4. Venue is proper in this district because the defendant resides in the eastern district of Arkansas. The defendant utilizes fraudulent addresses; however, the plaintiff has confirmed both with the Crittenden county sheriff's office and the defendant's parole officer that the defendant resides within the county.

**Count 1: Wire fraud**

As this Court knows, the four essential elements of the crime of wire fraud are: (1) that the Defendant voluntarily and intentionally devised or participated in a scheme to defraud another out of money; (2) that the Defendant did so with the intent to defraud; (3) that it was reasonably foreseeable that interstate wire communications would be used; and (4) that interstate wire communications were in fact used.

Between October 6, 2023 and November 10, 2023, the Defendant engaged in a scheme to defraud the Plaintiff through wire communications in that the Defendant knowingly and willfully transmitted or caused to be transmitted by wire, in interstate or foreign commerce, writings, signs, signals, pictures, or communications sounds for the purpose of executing the scheme to defraud the Plaintiff. The Defendant offered for sale a tractor that the Defendant did not own utilizing the electronic marketplace on Facebook.com (listing attached at Exhibit A). The Defendant intentionally placed his marketplace listings in locales outside of his region so that the potential purchaser would not be familiar with him. This intent speaks to the first and second elements of the fraud.

The Defendant used various means of interstate communication, including but not limited to emails, phone calls, text messages, Facebook messenger and electronic funds transfers, to perpetrate the fraudulent scheme. Additionally, communicating with a buyer outside of his region made it more likely than not that the buyer would purchase the equipment without conducting an inspection and would be forced to deliver the funds through electronic transfer means. (Communications attached at Exhibit B 1 - 4). Additionally, the defendant provided wiring instructions and a contract to the Plaintiff to induce the use of an electronic funds transfer and claimed that he would not deliver the equipment until this method was utilized. The contract sent

to the Plaintiff states "Funds are too be wired before tractor is shipped" (attached at Exhibit C). This speaks to the third element referenced above.

Last, beginning on October 10, 2023, the Plaintiff sent two wires to the defendant, based on instructions provided to the Plaintiff by the Defendant. The Defendant sent a signed receipt to the Plaintiff (attached as Exhibit D). The wires totaled eighty-thousand dollars, ($80,000) (first wire evidenced at Exhibit E). The receipt includes a description of the equipment that the Plaintiff and manufacturer have confirmed, the Defendant does not own.

As such, the Defendant's actions constitute wire fraud in violation of 18 U.S.C. § 1343.

As a result of the Defendant's actions, the Plaintiff suffered financial losses and damages.

WHEREFORE, Plaintiff requests that this Court enter judgment in their favor in an amount in excess of one-hundred thousand dollars ($100,000+) against the Defendant, awarding damages, costs, and such other relief as the Court deems just and proper.

Plaintiff demands a bench trial on all issues so triable.

Respectfully submitted,

Keith Garrett
1300 S. Blvd., Suite D, B5, Charlotte, NC 28203
(980) 250-2111
North Carolina Bar Number: 55338

# Exhibit A



Exhibit B 1/4

Justin Larry

Charles · 2022 Kubota M7 1... ∨ — ✕

Marketplace
PENDING - 2022 Kubota M7 132

Review seller                     More options

You named the group Charles / 2022 Kubota M7 132

You changed the group photo.

How many hours are on this unit ?

Justin

600

We have several tractors

Do you have any with dual rear wheels ?

Could you send me some more p... of that tractors

4:40 PM
11/8/2023

Exhibit B 2/4



Exhibit B 3/4



Exhibit B
4/4



4:14

JL

Justin

matter what right ?

Yes

Okay

Can you get me a receipt for what I've
paid already

Yes and I'll send you for other money
on tractor

Your money is secured

We don't spend or touch any money
until customer is satisfied

Ok

Are you going to send me receipt for
the money is sent so we can send the
rest

Seller:Justin Larry
Buyer: Charles Faassen
Kubota Tractor: serial number ending 11154

Amount: Wired to regions bank  10/10/23
$46,900.00
New Balance for Wire: :$33,100.00

+        S

# Exhibit C

Larry Equipment Sales                              larryequipmentsales@gmail.com
Owner; Justin C. Larry
Phone Number: 901–724-31921

Buyer: Don Wilburn
Address: 31 Weller Hollow Road
Weaverville, North Carolina 28787

Date: 10/9/2023

Item: M7-132 Deluxe 2022 Kubota
Serial Number: kbtmkdsaplfl11154

Price: $80,000.00 with delivery
Deposit: $43,000.00 Funds are too be wired before tractor is shipped.
Delivery: $3,900.00 included
Total : $46,900.00
Balance Due Upon Arrival: $33,100.00

*The remainder of the money will be due once tractor is delivered.



## Receipt

Seller:Justin Larry

Buyer: Charles Faassen

Kubota Tractor: serial number ending 11154

Amount: Wired to regions bank  10/10/23
$46,900.00

New Balance for Wire: :$33,100.00

Exhibit E



Bookmarks   Window   Help

🔒 express.53.com

| | |
|---|---|
| Payment Type | Domestic Wire |
| Payment Status | Accepted |
| Approvals Required | 0 Required |
| Payment Date | 10-10-2023 |
| Creator Name | Q9XDP002 |

**Payment Details**    History

▸ Edit   ▸ Approve   ▸ Decline   ▸ Cancel   🖨 Print

**Originating Party Details**

| | |
|---|---|
| Debit Account | Dbrealty1625-7472071625 |
| Account Currency | USD |
| Sender's Reference | |
| Business Unit | D and B Realty Group LLC |
| Security Level | Default |

**Payment Information**

| | |
|---|---|
| Payment Amount | $46,900.00 |
| | Forty six thousand nine hundred and 00/100 |
| Payment Date | Oct 10, 2023 |

**To-Receivers**

| | |
|---|---|
| Name | Larry Equipment Sales |
| Receiver ID | |