IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES WILLIAM FAASSEN**                                   **PLAINTIFF**

**v.**                            **Case No. 2:23-cv-00225 KGB**

**JUSTIN CARTER LARRY**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied.

So adjudged this 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge